MAX COHEN, Respondent, v. RIKA FOGELHUT and Another, Appellants.—

Upon the appeal of Rika Fogelhut, judgment unanimously affirmed, with costs. Upon the appeal of Morris Fogelhut, judgment reversed upon the law and the facts, and complaint unanimously dismissed, without costs, on the ground that he acted as agent of the owner in executing the contract, and no individual liability was proven against him on the trial. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.